Leonard P. SABATINO, Petitioner,

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

No. 01–3288.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 10, 2002.

Before MICHEL, SCHALL and LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.